# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD ALLEN YOUNG,<br><br>    Plaintiff,<br><br>  vs.<br><br>M. D. BITER, et al.,<br><br>    Defendants. | 1:14-cv-01942-BAM (PC)<br><br>ORDER REQUIRING PLAINTIFF TO PAY $400.00 FILING FEE IN FULL OR FILE AN APPLICATION TO PROCEED IN FORMA PAUPERIS WITHIN FORTY-FIVE DAYS |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on December 5, 2014.  Plaintiff neither paid the $400.00 filing fee nor filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.[1]  Accordingly, it is HEREBY ORDERED that:

Within forty-five (45) days from the date of service of this order, plaintiff shall either pay the $400.00 filing fee in full or file the attached application to proceed in forma pauperis, completed and signed.  **No requests for extension will be granted without a showing of good cause.  Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:   **December 8, 2014**          /s/ Barbara A. McAuliffe
                                                    UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff's concerns regarding the submission of his trust account statement by prison officials does not relieve him of the obligation to either submit an application to proceed in forma pauperis or pay the filing fee in full upon initiation of this action.  (ECF No. 2, pp. 2-3.)

1