# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD ALLEN YOUNG,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>M. D. BITER, et al.,<br><br>　　　　Defendants. | Case No.: 1:14-cv-01942-BAM (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR SERVICE OF PROCESS AND COPYING (ECF No. 3) |

　　　　Plaintiff Howard Allen Young ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action on December 5, 2014. Plaintiff has consented to the jurisdiction of the United States Magistrate Judge. (ECF No. 6.)

　　　　In conjunction with his complaint, on December 5, 2014, Plaintiff filed a motion requesting service of process by the United States Marshal Service. Plaintiff also requests that the Court provide the necessary copies needed for a service on the defendants, along with a copy for Plaintiff. (ECF No. 3.)

　　　　Plaintiff's motion shall be denied. With regard to service of process, Plaintiff's request is premature. The Court is required to screen complaints brought by prisoners seeking relief against a governmental entity and/or against an officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). Plaintiff's complaint, or any portion thereof, is subject to dismissal if it is frivolous or

1

malicious, if it fails to state a claim upon which relief may be granted, or if it seeks monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915A(b)(1), (2); 28 U.S.C. § 1915(e)(2)(B)(ii). ("Notwithstanding any filing fee, or any portion thereof, that may have been paid, the court shall dismiss the case at any time if the court determines that ... the action or appeal ... fails to state a claim upon which relief may be granted.")  The complaint has not been screened, ordered served, no defendants have appeared and discovery has not been opened.  Plaintiff's complaint will be screened in due course.

With regard to Plaintiff's request for copying, Plaintiff is advised that the Clerk's Office generally will provide copies for Plaintiff at a cost of $0.50 per page.  Plaintiff is advised that it is his responsibility to maintain copies of all documents submitted to the Court for filing.  If the Court determines that service of the complaint is appropriate following screening, Plaintiff will be instructed regarding the necessary copies for service.

For the reasons stated, Plaintiff's motion for service of process and copying is HEREBY DENIED.

IT IS SO ORDERED.

Dated: **March 4, 2015**            /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE