# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD ALLEN YOUNG,<br><br>           Plaintiff,<br><br>   v.<br><br>M. D. Biter, et al.,<br><br>           Defendants. | Case No.  1:14-cv-01942-BAM (PC)<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO STATE A CLAIM, FAILURE TO OBEY A COURT ORDER, AND FAILURE TO PROSECUTE<br><br>(ECF No. 32) |

Plaintiff Howard Allen Young ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action under 42 U.S.C. § 1983. Plaintiff initiated this action on December 5, 2014. (ECF No. 1.)

On December 9, 2016, the Court issued an order dismissing Plaintiff's second amended complaint with leave to amend within thirty (30) days. (ECF No. 31.) Plaintiff failed to file an amended complaint. Therefore, on January 20, 2017, the Court issued an order for Plaintiff to show cause why this action should not be dismissed for failure to state a claim, failure to obey a court order, and failure to prosecute. (ECF No. 32.) The Court informed Plaintiff that he could comply with the order to show cause by filing a third amended complaint. (*Id.* at 2.) On February 13, 2017, Plaintiff filed a third amended complaint. (ECF No. 33.)

///

Based on Plaintiff's filing his third amended complaint, the Court finds good cause to discharge the January 20, 2017 order. Accordingly, the Court's January 20, 2017 order to show cause is HEREBY DISCHARGED. The Court advises Plaintiff that his third amended complaint will be screened in due course.

IT IS SO ORDERED.

Dated: **February 15, 2017**     /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE